**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>        Plaintiff,<br><br>  v.<br><br>MRH ENTERPRISES, INC.<br>DBA DENNY'S #6846; RON WYNN,<br><br>        Defendants. | Case No. EDCV 14-00674-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>April 10, 2015</u>

                                          VIRGINIA A. PHILLIPS
                                    United States District Judge